Brian J. Stretch (State Bar No. 163973)
United States Attorney
David R. Callaway (State Bar No. 121782)
Chief, Criminal Division
John H. Hemann (State Bar No. 165823)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102
Telephone:  (415) 436-7478
Fax:  (415) 436-7234
John.Hemann@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Nell K. Clement (State Bar No. 260426)
nclement@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Lyn R. Agre (State Bar No. 178218)
lagre@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Defendant
DISCOVERY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DISCOVERY SALES, INC.,<br><br>    Defendant. | Case No.  CR16-00199<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:  October 6, 2016<br>Time:  ** **9:30a.m.**<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1, Fourth Floor |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
Case No. CR16-00199

Plaintiff UNITED STATES OF AMERICA and defendant DISCOVERY SALES, INC. ("DSI"), by and through their counsel, hereby stipulate as follows:

1. On June 3, 2016, DSI was arraigned on a one-count Information alleging a violation of 18 U.S.C. § 1344. The United States and DSI appeared before this Court later that day for a change of plea and proposed sentencing pursuant to a plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C).

2. At the hearing on June 3, 2016 regarding the proposed plea agreement, this Court set a further hearing on July 22, 2016.

3. On July 5, 2016, a criminal complaint signed by U.S. Magistrate Judge Donna M. Ryu charged the owner and president of defendant DSI, Albert Seeno III, with violation of 18 U.S.C. § 1513(b). Mr. Seeno appeared in court on July 7, 2016 and was released on bond.

4. At the request of the parties and by order filed on July 14, 2016, this Court vacated the July 22, 2016 hearing on the plea agreement and set a status conference for August 25, 2016, with a joint status conference statement to be filed by August 18, 2016.

5. Mr. Seeno's next scheduled appearance before the U.S. Magistrate Judge for preliminary hearing or arraignment has been continued by stipulation and order to September 8, 2016.

6. As a result of this change in schedule, the parties in this case require additional time for further consideration of the proposed plea agreement.

7. Accordingly, the parties hereby stipulate and request that this Court continue the August 25, 2016 status conference to **October 6, 2016 at 9:30am.**, with a joint status conference statement to be filed on or before September 29, 2016.

8. The parties further request that time under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) (consideration of a pending plea agreement) and 18 U.S.C. § 3161(h)(7)(A) and (B) (interests of justice). As to the latter, the parties agree that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial. Specifically, the above-described development necessitates additional attention from defense counsel such that without a continuance defendant DSI would be denied the reasonable

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
Case No. CR16-00199
- 2 -
31760\5525029.1

1  time necessary for effective preparation.

2

3  Dated: August 18, 2016         BRIAN J. STRETCH
                                  United States Attorney

4

5                                 By: */s/ John H. Hemann*
                                      John H. Hemann
6                                     Assistant United States Attorney

7                                     Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
8

9  Dated: August 18, 2016         FARELLA BRAUN + MARTEL LLP

10

11                                By: */s/ William P. Keane*
                                      William P. Keane
12
                                      Attorneys for Defendant
13                                    DISCOVERY SALES, INC.

14

15     I attest that concurrence in the filing of the above stipulation has been obtained from

16  counsel for Plaintiff.

17  */s/ William P. Keane*
    William P. Keane
18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
Case No. CR16-00199
- 3 -
31760\5525029.1

## [~~PROPOSED~~] ORDER

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED that the August 18, 2016 deadline for filing of a joint status conference statement and the August 25, 2016 status conference are vacated. This matter is now set for a status conference on **October 6, 2016 at 9:30a.m.** The parties will file a joint status conference statement no later than September 29, 2016.

For the reasons stated above, the Court hereby finds the exclusion of time from August 25, 2016 through and including October 6, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 19, 2016

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

31760\5570271.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. CR16-00199     - 4 -     31760\5525029.1