Brian J. Stretch (State Bar No. 163973)
United States Attorney
Barbara J. Valliere (DCBN 439353)
Chief, Criminal Division
John H. Hemann (State Bar No. 165823)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102
Telephone:  (415) 436-7478
Fax:  (415) 436-7234
John.Hemann@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Nell K. Clement (State Bar No. 260426)
nclement@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Lyn R. Agre (State Bar No. 178218)
lagre@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Defendant
DISCOVERY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>DISCOVERY SALES, INC.,<br><br>                    Defendant. | Case No.  CR16-00199 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:   October 27, 2016<br>Time:   10:00 a.m.<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1, Fourth Floor |

   Plaintiff UNITED STATES OF AMERICA and defendant DISCOVERY SALES, INC. ("DSI"), by and through their counsel, hereby stipulate as follows:

   1.   On June 3, DSI was arraigned on a one-count Information alleging a violation of 18 U.S.C. § 1344.  The United States and DSI appeared before this Court later that day for a

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
Case No. CR16-00199

31760\5618907.1

change of plea and proposed sentencing pursuant to a plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C).

2. At the hearing on June 3, 2016 regarding the parties' proposed plea agreement, this Court set a further hearing on July 22, 2016.

3. On July 5, 2016, a criminal complaint signed by U.S. Magistrate Judge Donna M. Ryu charged the owner and president of defendant DSI, Albert Seeno III, with violation of 18 U.S.C. § 1513(b). Mr. Seeno appeared in court on July 7, 2016 and was released on bond.

4. At the request of the parties and by order filed on July 14, 2016, this Court vacated the July 22, 2016 hearing on the plea agreement and set a status conference for August 25, 2016, with a joint status conference statement to be filed by August 18, 2016.

5. Subsequently, Mr. Seeno's scheduled appearance before the U.S. Magistrate Judge for preliminary hearing or arraignment was continued by stipulation and order to September 8, 2016. Following that schedule change, this Court, at the parties' request, continued the August 5, 2016 status conference in this matter to October 6, 2016, with a joint status conference statement to be filed by September 29, 2016.

6. Mr. Seeno's scheduled appearance before the U.S. Magistrate Judge for preliminary hearing or arraignment has again been continued by stipulation and order to October 11, 2016.

7. As a result of this schedule change, the parties require additional time for further consideration of the proposed plea agreement.

**8.** Accordingly, the parties hereby stipulate and request that this Court continue the October 6, 2016 status conference **to October 27, 2016 at 10:00 a.m.,** with a joint status **statement to be filed on or before October 20, 2016.**

9. The parties further request that time under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(G) (consideration of a pending plea agreement) and 18 U.S.C. § 3161(h)(7)(A) and (B) (interests of justice). As to the latter, the parties agree that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER -
Case No. CR16-00199
- 2 -
31760\5618907.1

speedy trial.  Specifically, the above-described development necessitates additional attention from defense counsel such that without a continuance defendant DSI would be denied the reasonable time necessary for effective preparation.

Dated:  September 29, 2016     BRIAN J. STRETCH
                                United States Attorney


                                By: */s/ John H. Hemann*
                                    John H. Hemann
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

Dated:  September 29, 2016     FARELLA BRAUN + MARTEL LLP


                                By: */s/ William P. Keane*
                                    William P. Keane

                                    Attorneys for Defendant
                                    DISCOVERY SALES, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER -
Case No. CR16-00199                - 3 -                              31760\5618907.1

## [PROPOSED] ORDER

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED that the status conference set for October 6, 2016 at 9:30 a.m. is continued to **October 27, 2016 at 10:00 a.m**. The parties will file a joint status conference **statement no later than October 20, 2016.**

For the reasons stated above, the Court hereby finds the exclusion of time from October 6, 2016 through and including October 27, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 3, 2016

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER -
Case No. CR16-00199         - 4 -                                          31760\5618907.1