Alex G. Tse
Acting United States Attorney
Barbara J. Valliere (DCBN 439353)
Chief, Criminal Division
John H. Hemann (State Bar No. 165823)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7478
Fax: (415) 436-7234
John.Hemann@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Nell K. Clement (State Bar No. 260426)
nclement@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
DISCOVERY SALES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVERY SALES, INC.,<br><br>Defendant. | Case No. CR-16-00199<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: REDUCTION OF PAYMENT BOND TO REFLECT INSTALLMENT PAYMENTS OF FINE**<br><br>The Hon. Yvonne Gonzalez Rogers |

Plaintiff UNITED STATES OF AMERICA and Defendant DISCOVERY SALES, INC. ("DSI") (collectively "the Parties"), by and through their counsel, stipulate as follows:

1. On June 3, 2016, DSI was arraigned on a one-count Information alleging a violation of 18 U.S.C. § 1344.

2. On December 8, 2016, DSI appeared before this Court for a Change of Plea Hearing. On that same date, this Court sentenced DSI to the sentence that was included in the Plea Agreement - five years of probation, a $400 special assessment, an $8,000,000 fine, and $3,000,000 in restitution.

3. On December 20, 2016, this Court entered a Judgment against DSI, which included the sentence ordered by the Court on December 8. Pursuant to the Judgment, DSI was required to

JOINT STIPULATION AND [PROPOSED] ORDER
RE: REDUCTION OF PAYMENT BOND -
Case No. CR16-00199

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

31760\6475769.1

pay the $3,000,000 in restitution within 120 days of sentencing. Additionally, the Judgment required DSI to pay the $8,000,000 fine in five annual installments, with the first installment of $1,333,333 (plus interest) due on the one year anniversary of sentencing. Because the fine was to be paid in installments, the Judgment also required DSI to lodge an $8,000,000 payment bond with the Clerk, United States District Court for the Northern District of California, as security for payment of the fine. DSI had lodged the $8,000,000 payment bond with the Clerk of the Court on December 9, 2016, immediately following sentencing.

4. On December 28, 2016, DSI paid the special assessment of $400.

5. On March 29, 2017, DSI paid $3,000,000 in restitution to the Clerk of the Court.

6. On December 6, 2017, DSI paid the first installment of the fine in the amount of $1,333,333 (plus interest). Therefore, the remaining balance for DSI's fine is $6,666,667.

7. Given that DSI has made its first installment payment on December 6, 2017, the payment bond should be reduced to $6,666,667 to reflect the remaining amount owed. The United States does not oppose such a reduction in the bond to reflect the installment payment and the reduction in the balance owed on the fine. The payment bond is reduced by General Surety Rider (attached hereto as Exhibit A), which requires the signature of the Clerk of the Court indicating acceptance of the reduction in the bond.

8. Therefore, the Parties request that the Court authorize the Clerk of the Court to sign the General Surety Rider, allowing for a reduction in the payment bond to $6,666,667 to reflect the remaining amount DSI owes on the fine.

9. The Parties also acknowledge that this payment bond should be automatically reduced with each subsequent installment payment of the fine. Thus, in the interest of judicial efficiency, the Parties request that the Court authorize the Clerk of the Court, after each installment payment is made by DSI, to sign a General Surety Rider to reflect the new balance owing on the fine.

//

//

//

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED] ORDER
RE: REDUCTION OF PAYMENT BOND -
Case No. CR16-00199

2

31760\6475769.1

SO STIPULATED.

Dated: February 21, 2018

ALEX G. TSE
United States Attorney

By: */s/ John H. Hemann*
John H. Hemann
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 21, 2018

FARELLA BRAUN + MARTEL LLP

By: */s/ William P. Keane*
William P. Keane

Attorneys for Defendant
DISCOVERY SALES, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED] ORDER
RE: REDUCTION OF PAYMENT BOND -
Case No. CR16-00199

3

31760\6475769.1

# [~~PROPOSED~~] ORDER

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED that the Clerk, United States District Court for the Northern District of California, is authorized to sign the General Surety Rider presented by Discovery Sales, Inc., indicating acceptance of the reduction of the payment bond from $8,000,000 to $6,666,667, to reflect Discovery Sales, Inc.'s installment payment of the fine paid on December 6, 2017.

IT IS ALSO HEREBY ORDERED that the Clerk, United States District Court for the Northern District of California, is authorized after each installment payment is made by Discovery Sales, Inc., to sign a General Surety Rider to reflect the new balance owing on the fine.

IT IS SO ORDERED.

Dated: February 23, 2018

HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [~~PROPOSE~~D] ORDER
RE: REDUCTION OF PAYMENT BOND -
Case No. CR16-00199

31760\6475769.1